In the Matter of ISRAEL FINKEL, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of MORRIS GRILL, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of EMANUEL GUTTMAN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BROOKLYN BUS CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

THE CITY OF NEW YORK v. DREAMLAND PARKING SPACE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FIFTY-SECOND STREET RESTAURANT CORPORATION v. PATRICK McGOVERN, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LENA RINZLER, Also Known as LENA LEIB, Suing as LENA RINSLER, Also Known as LENA LEIB, v. CITIZENS SAVINGS BANK, Sued as CITIZENS SAVINGS BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, LIZZIE C. DERSCH and CHARLES MOEBUS, as Executors, etc., of MARY A. LANGBEIN, Deceased. AUGUSTA MAYER, Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GREGORY FEREND Co., INC., for a Mandamus Order against SIGISMUND S. GOLDWATER, as Commissioner of Hospitals in the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. EMILY L. SPERRY and Others, as Executors, etc., of WILLIAM M. SPERRY, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEE & SIMMONS, INC., v. CALEDONIAN INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.